**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-18408 |
| | § | |
| ROBERT F SWIECH, Sr. | § | |
| JILL C SWIECH | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　219 s Dearborn, Room 713, Chicago, IL 60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 4/5/2011 at 10:30 a.m., in Courtroom 642, United States Courthouse, if no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/24/2011　　　　　　　　By:   /s/ Horace Fox, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　(Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| In re: | § | Case No. 09-18408 |
|---|---|---|
| | § | |
| ROBERT F SWIECH, Sr. | § | |
| JILL C SWIECH | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $12,876.04
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $12,876.04

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $12,876.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Trustee Fees | $2,037.44 | $0.00 | $2,037.44 |
| Smith Amundson LLC, Attorney for Trustee Fees | $3,302.50 | $0.00 | $3,302.50 |
| Smith Amundson LLC, Attorney for Trustee Expenses | $6.40 | $0.00 | $6.40 |
| Chicago Liquidators, Auctioneer for Trustee Fees | $1,287.10 | $0.00 | $1,287.10 |

Total to be paid for chapter 7 administrative expenses: $6,633.44
Remaining balance: $6,242.60

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $6,242.60 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $6,242.60 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,716.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $9,767.24 | $0.00 | $4,143.19 |
| 2 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | $122.22 | $0.00 | $51.84 |
| 3 | Chase Bank USA, N.A. | $1,492.34 | $0.00 | $633.04 |
| 4 | GE Money Bank dba SAM'S CLUB | $3,334.64 | $0.00 | $1,414.53 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $6,242.60 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST-Form 101-7-NFR (10/1/2010)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ Horace Fox, Jr.
                         Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 09-18408-SPS
Robert F Swiech Chapter 7
Jill C Swiech
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: ccabrales      Page 1 of 2      Date Rcvd: Mar 09, 2011
                      Form ID: pdf006     Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2011.
```
db/jdb     +Robert F Swiech, Sr.,    Jill C Swiech,    5718 N Avondale,    Chicago, IL 60631-3102
aty        +Bruce E de'Medici,    Belongia, Shapiro & Franklin, LLP,    20 S. Clark Street,    Suite 300,
             Chicago, IL 60603-1896
aty        +Ean L Kryska,    SmithAmundsen LLC,    150 N Michigan Ave Suite 3300,    Chicago, IL 60601-6004
aty        +George J Koulogeorge,    Law Offices of Charles Therman,    & Associates, Ltd.,
             8501 W. Higgins Road, Suite 420,    Chicago, IL 60631-2811
13942998   +5th 3rd Bk,    Po Box 829009,    Dallas, TX 75382-9009
13942999   +Abn-Amro,    Po Box 9438,    Gaithersburg, MD 20898-9438
13943000   +Avco Finance,    3300 S Parker Rd Suite 603,    Aurora, CO 80014-3518
13943001   +Banco,    7 West 51st Street,    New York, NY 10019-6910
13943002   +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
13943003   +Bank One,    Retail Consumer Lo Po Box 901008,    Fort Worth, TX 76101-2008
13943004   +Bk Of Amer,    Fl9-600-02-15 9000 Southside Blv,    Jacksonville, FL 32256-6705
13943005   +Cap One,    Pob 30281,    Salt Lake City, UT 84130-0281
13943006    Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
14941417    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15021294   +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
             Dallas, TX 75374-0933
13943007   +Chase- Bp,    800 Brooksedge Blv,    Westerville, OH 43081-2822
13943008   +Chase/Cc,    201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
13943009   +Chgo Mun Ecu,    33 N Lasalle 3rd Floor,    Chicago, IL 60602-3427
13943010   +Cit Bank/Dfs,    12234 N Ih 35 Sb Bldg B,    Austin, TX 78753-1705
13943011    Citgo CreditCard Center,    P.O. Box 689095,    Des Moines, IA 50368-9095
13943012   +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13943013   +Conseco Bc,    1400 Turbine Drive,    Rapid City, SD 57703-4719
13943014    Consecofin,    345 St Peter/900 Landmk,    Saint Paul, MN 55102
13943015   +Credit First N A,    6275 Eastland Rd,    Brook Park, OH 44142-1399
13943017  ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court:  Fifth Third Bank,    Fifth Third Center,    Cincinnati, OH 45263)
13943018   +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
13943019   +Firstar Bank,    425 Walnut Street Cn Wn 15,    Cincinnati, OH 45202-3956
13943026   +Harris & Harris Ltd (Original Credi,    222 Merchandise Mart Pla,    Chicago, IL 60654-1103
13943028   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13943029   +Hsbc/Harlm,    301 N. Walnut St.,    Wilmington, DE 19801-3964
13943031   +Lane Bryant Retail/Soa,    450 Winks Ln,    Bensalem, PA 19020-5932
13943032   +Lasale Nt Bk,    135 S Lasalle,    Chicago, IL 60603-4177
13943033    Old Kent Bk & Tr Co,    Po Box 100,    Grand Rapids, MI 49501
13943034   +Old Kent Bnk,    486 W Liberty,    Wauconda, IL 60084-2466
13943035   +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
13943036   +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
13943039    Sears/Cbsd,    PO Box 183082,    Columbus, OH 43218-3082
13943041   +Tcf Banking & Savings,    801 Marquette Ave,    Minneapolis, MN 55402-3475
13943042   +Tcf Ntl Bnk,    405 N Roberts,    Saint Paul, MN 55107-2238
13943043   +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13943044   +Ucs/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13943046  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
             MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:  Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
13943045    Wells Fargo Financial,    P.O. Box 98791,    Las Vegas, NV 89193-8791
13943047   +Wff Cards,    Po Box 5943,    Sioux Falls, SD 57117-5943
13943048   +Wffinance,    5764 W Touhy Ave Ste C2,    Niles, IL 60714-4606
13943049   +Wffinancial,    9001a N Milwaukee,    Niles, IL 60714-1536
13943050   +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
13943051   +Wfnnb/Roomplace,    Po Box 2974,    Shawnee Mission, KS 66201-1374
13943052   +Wlsfgr Hmmtg,    7255 Baymeadows Wa,    Jacksonville, FL 32256-6851
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +E-mail/Text: HFOX@LEHMANFOX.COM Mar 09 2011 22:54:33     Horace Fox, JR,    Lehman & Fox,
             6 E Monroe St,    Chicago, IL 60603-2704
13943016    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 10 2011 00:43:00     Discover Fin,    Pob 15316,
             Wilmington, DE 19850
13943020   +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2011 23:57:48     Funanc/Gemb,    Po Box 981439,
             El Paso, TX 79998-1439
15304797   +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2011 00:06:11     GE Money Bank dba SAM'S CLUB,
             Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13943021   +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2011 00:24:28     Gemb/Abt Tv,    Po Box 981439,
             El Paso, TX 79998-1439
13943022   +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2011 00:06:11     Gemb/Disney,    Po Box 981127,
             El Paso, TX 79998-1127
13943023   +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2011 23:57:48     Gemb/Jcp,    Po Box 981402,
             El Paso, TX 79998-1402
```

```
District/off: 0752-1          User: ccabrales           Page 2 of 2              Date Rcvd: Mar 09, 2011
                              Form ID: pdf006           Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13943024     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2011 00:06:12     Gemb/Sams,   Po Box 981400,
               El Paso, TX 79998-1400
13943025     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2011 00:24:28     Gemb/Walmart,   Po Box 981400,
               El Paso, TX 79998-1400
13943030     +E-mail/PDF: cr-bankruptcy@kohls.com Mar 09 2011 23:57:38      Kohls/Chase,   PO Box 2983,
               Milwaukee, WI 53201-2983
13943037     +E-mail/Text: SBONNEMA@ROGENT.COM Mar 09 2011 22:54:28     Rogers & Hol,   Po Box 879,
               Matteson, IL 60443-0879
13943038      E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2011 23:57:48     Sam's Club,   PO Box 530942,
               Atlanta, GA 30353-0942
13943040     +E-mail/Text: bkr@cardworks.com Mar 09 2011 22:54:44     Spiegel,
               Card Processing Ce P.O. Box 9204,   Old Bethpage, NY 11804-9004
                                                                                             TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           SmithAmundsen LLC
aty*         +Horace Fox, JR,   Lehman & Fox,   6 E Monroe St,   Chicago, IL 60603-2704
13943027      ##+Hfc,  Po Box 1547,   Chesapeake, VA 23327-1547
14958684      ##SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT,   FIRST EXPRESS,   PO BOX 856132,
               LOUISVILLE, KY  40285-6132
                                                                               TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2011**                    **Signature:**  _Joseph Speetjens_