UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-18408 |
| | § | |
| ROBERT F SWIECH, Sr. | § | |
| JILL C SWIECH | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $312,645.00 | Assets Exempt: | $45,100.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,244.22 | Claims Discharged Without Payment: | $41,262.34 |
| Total Expenses of Administration: | $6,633.44 | | |

3) Total gross receipts of $12,877.66 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,877.66 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $375,632.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $6,633.44 | $6,633.44 | $6,633.44 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $45,777.36 | $14,716.44 | $14,716.44 | $6,244.22 |
| **Total Disbursements** | $421,409.36 | $21,349.88 | $21,349.88 | $12,877.66 |

4). This case was originally filed under chapter 7 on 05/21/2009. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/02/2011     By: /s/ Horace Fox, Jr.
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 Harley-Davidson Electra Glide | 1129-000 | $12,870.01 |
| Interest Earned | 1270-000 | $7.65 |
| **TOTAL GROSS RECEIPTS** | | $12,877.66 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc | 4110-000 | $226,879.00 | NA | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $148,753.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $375,632.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $2,037.44 | $2,037.44 | $2,037.44 |
| Smith Amundson LLC, Attorney for Trustee | 3210-000 | NA | $3,302.50 | $3,302.50 | $3,302.50 |
| Smith Amundson LLC, Attorney for Trustee | 3220-000 | NA | $6.40 | $6.40 | $6.40 |
| Chicago Liquidators, Auctioneer for Trustee | 3610-000 | NA | $1,287.10 | $1,287.10 | $1,287.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,633.44 | $6,633.44 | $6,633.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | $9,767.24 | $9,767.24 | $9,767.24 | $4,144.26 |
| 3 | Chase Bank USA, N.A. | 7100-000 | NA | $1,492.34 | $1,492.34 | $633.20 |
| 4 | GE Money Bank dba SAM'S CLUB | 7100-000 | $3,220.00 | $3,334.64 | $3,334.64 | $1,414.90 |
|  | 5th 3rd Bk | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Abn-Amro | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Avco Finance | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Banco | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Bank Of America | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Bank One | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Bk Of Amer | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Cap One | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Cap One | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Chase- Bp | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Chase/Cc | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Chgo Mun Ecu | 7100-000 | $6,271.00 | NA | NA | $0.00 |
|  | Cit Bank/Dfs | 7100-000 | $1,543.00 | NA | NA | $0.00 |
|  | Citgo CreditCard Center | 7100-000 | $1,056.07 | NA | NA | $0.00 |
|  | CLERK, U.S. BANKRUPTCY COURT (Claim No. 2; SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT) | 7100-001 | $0.00 | $122.22 | $122.22 | $51.86 |
|  | Conseco Bc | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Consecofin | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Credit First N A | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Discover Fin | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Fifth Third Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Fifth Third Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Firstar Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Funanc/Gemb | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Gemb/Abt Tv | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Gemb/Disney | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Gemb/Jcp | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Gemb/Walmart | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Harris & Harris Ltd (Original Credi | 7100-000 | $958.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Hfc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/Harlm | 7100-000 | $0.00 | NA | NA | $0.00 |
| Kohls/Chase | 7100-000 | $1,211.31 | NA | NA | $0.00 |
| Lane Bryant Retail/Soa | 7100-000 | $146.00 | NA | NA | $0.00 |
| Lasale Nt Bk | 7100-000 | $0.00 | NA | NA | $0.00 |
| Lasale Nt Bk | 7100-000 | $0.00 | NA | NA | $0.00 |
| Old Kent Bk & Tr Co | 7100-000 | $0.00 | NA | NA | $0.00 |
| Old Kent Bnk | 7100-000 | $0.00 | NA | NA | $0.00 |
| Peoples Engy | 7100-000 | $304.00 | NA | NA | $0.00 |
| Rnb-Fields3 | 7100-000 | $0.00 | NA | NA | $0.00 |
| Rogers & Hol | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sam's Club | 7100-000 | $2,987.89 | NA | NA | $0.00 |
| Sears/Cbsd | 7100-000 | $9,635.85 | NA | NA | $0.00 |
| Spiegel | 7100-000 | $0.00 | NA | NA | $0.00 |
| Tcf Banking & Savings | 7100-000 | $0.00 | NA | NA | $0.00 |
| Tcf Ntl Bnk | 7100-000 | $0.00 | NA | NA | $0.00 |
| Thd/Cbsd | 7100-000 | $0.00 | NA | NA | $0.00 |
| Ucs/Citi | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wells Fargo Financial | 7100-000 | $8,677.00 | NA | NA | $0.00 |
| Wells Fargo Hm Mortgag | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wff Cards | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wffinance | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wffinance | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wffinancial | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wffnatbank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/Roomplace | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wlsfgr Hmmtg | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $45,777.36 | $14,716.44 | $14,716.44 | $6,244.22 |

Case 09-18408 Doc 52 Filed 09/08/11 Entered 09/08/11 14:20:50 Desc Main
Document Page 6 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 09-18408 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SWIECH, Sr., ROBERT F AND SWIECH, JILL C | | | Date Filed (f) or Converted (c): | 05/21/2009 (f) |
| For the Period Ending: | 9/2/2011 | | | §341(a) Meeting Date: | 07/07/2009 |
| | | | | Claims Bar Date: | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cash | $0.00 | $0.00 | OA | $0.00 | FA |
| 2  5718 N. Avondale Ave., Chicago, IL 60631 | $295,000.00 | $0.00 | DA | $0.00 | FA |
| 3  TCF checking | $100.00 | $100.00 | DA | $0.00 | FA |
| 4  Misc. household goods | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 5  Misc. clothing | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 6  Misc. petty jewelry | $200.00 | $200.00 | DA | $0.00 | FA |
| 7  Monumental Life Insurance Company (cash value) | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 8  Monumental Life Insurance Company - no cash value | $0.00 | $0.00 | DA | $0.00 | FA |
| 9  City of Chicago pension - 14 year employee | Unknown | $0.00 | DA | $0.00 | FA |
| 10  Chicago Public Schools pension - 10 year employee | Unknown | $0.00 | DA | $0.00 | FA |
| 11  MetLife annuity | $1,200.00 | $0.00 | DA | $0.00 | FA |
| 12  2002 Ford F150 (79k miles) | $6,935.00 | $725.00 | DA | $0.00 | FA |
| 13  2005 Chevy Cavalier (8,500 miles) | $5,210.00 | $520.00 | DA | $0.00 | FA |
| 14  2007 Harley-Davidson Electra Glide | $16,190.00 | $14,790.00 | | $12,870.01 | FA |
| **Asset Notes:** Debtor wanted to purchase bike, the decided to surrender it, to chgo liquidators for sale. Costs of sale 1400.00 | | | | | |
| 15  VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $7.65 | FA |

**TOTALS (Excluding unknown value)**

| | $328,835.00 | $17,335.00 | | $12,877.66 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

2007 Harley Davidson Electra is the only asset on which debtor made an inadequate offer which was refused. Made arrangements with his attorney for Chris Matsakis to collect and sell the bike.

2007 Harely Davidson has been sold and check received. Look at claims and tax liability

All claims unsecured and filed before claims bar date. Evaluate taxes.

Case 09-18408   Doc 52   Filed 09/08/11   Entered 09/08/11 14:20:50   Desc Main
Document     Page 7 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| **Case No.:** | 09-18408 | | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | SWIECH, Sr., ROBERT F AND SWIECH, JILL C | | | **Date Filed (f) or Converted (c):** | 05/21/2009 (f) |
| **For the Period Ending:** | 9/2/2011 | | | **§341(a) Meeting Date:** | 07/07/2009 |
| | | | | **Claims Bar Date:** | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Accountant says there was no taxable event if bike was for personal use and was sold for less than price paid for it.  Therefore it is final report ready.

5.4.11 Checks written and mailed.  Await zero balance statement then close.

**Initial Projected Date Of Final Report (TFR):**   03/31/2011          **Current Projected Date Of Final Report (TFR):**   06/30/2011          /s/ HORACE FOX, JR.

HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-18408 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SWIECH, Sr., ROBERT F AND SWIECH, JILL C | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1522 | | Checking Acct #: | ******8408 |
| Co-Debtor Taxpayer ID #: | ******1523 | | Account Title: | |
| For Period Beginning: | 5/21/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/24/2010 | (14) | Chicago Liquidators Services, Inc. | proceeds mis deposited into checking account | 1129-000 | $12,870.01 | | $12,870.01 |
| 04/16/2010 | | Transfer To Acct#******8408 | proceeds of sale of Harely Davidson bike transfered to money market. | 9999-000 | | $12,870.01 | $0.00 |
| 05/04/2011 | | Transfer From: # ******8408 | Transfer to Close Account | 9999-000 | $12,877.66 | | $12,877.66 |
| 05/04/2011 | 1 | Horace Fox | Trustee Compensation | 2100-000 | | $2,037.44 | $10,840.22 |
| 05/04/2011 | 2 | Smith Amundson LLC | Final Dividend: 25.64; Amount Allowed: 3,302.50; | 3210-000 | | $3,302.50 | $7,537.72 |
| 05/04/2011 | 3 | Chicago Liquidators | Final Dividend: 9.99; Amount Allowed: 1,287.10; | 3610-000 | | $1,287.10 | $6,250.62 |
| 05/04/2011 | 4 | Smith Amundson LLC | Final Dividend: 0.04; Amount Allowed: 6.40; | 3220-000 | | $6.40 | $6,244.22 |
| 05/04/2011 | 5 | Chase Bank USA, N.A. | Final Claim #: 1; Dividend: 32.18; Amount Allowed: 9,767.24; | 7100-000 | | $4,144.26 | $2,099.96 |
| 05/04/2011 | 6 | CLERK, U.S. BANKRUPTCY COURT | Final Claim #: 2; Dividend: 0.40; Amount Allowed: 122.22; | 7100-001 | | $51.86 | $2,048.10 |
| 05/04/2011 | 7 | Chase Bank USA, N.A. | Final Claim #: 3; Dividend: 4.91; Amount Allowed: 1,492.34; | 7100-000 | | $633.20 | $1,414.90 |
| 05/04/2011 | 8 | GE Money Bank dba SAM'S CLUB | Final Claim #: 4; Dividend: 10.98; Amount Allowed: 3,334.64; | 7100-000 | | $1,414.90 | $0.00 |
| 05/27/2011 | 6 | VOID: CLERK, U.S. BANKRUPTCY COURT | voiding original check to spirit of America bank not clerk of the bankruptcy court. | 7100-003 | | ($51.86) | $51.86 |
| 05/27/2011 | 9 | CLERK, U.S. BANKRUPTCY COURT | Final Claim #: 2; Dividend: 0.40; Amount Allowed: 122.22; | 7100-001 | | $51.86 | $0.00 |

                        **SUBTOTALS**    $25,747.67    $25,747.67

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-18408 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SWIECH, Sr., ROBERT F AND SWIECH, JILL C | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1522 | | Checking Acct #: | ******8408 |
| Co-Debtor Taxpayer ID #: | ******1523 | | Account Title: | |
| For Period Beginning: | 5/21/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $25,747.67 | $25,747.67 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $12,877.66 | $12,870.01 | |
| | | | **Subtotal** | | $12,870.01 | $12,877.66 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $12,870.01 | $12,877.66 | |

| For the period of 5/21/2009 to 9/2/2011 | | For the entire history of the account between 02/24/2010 to 9/2/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,870.01 | Total Compensable Receipts: | $12,870.01 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,870.01 | Total Comp/Non Comp Receipts: | $12,870.01 |
| Total Internal/Transfer Receipts: | $12,877.66 | Total Internal/Transfer Receipts: | $12,877.66 |
| | | | |
| Total Compensable Disbursements: | $12,877.66 | Total Compensable Disbursements: | $12,877.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,877.66 | Total Comp/Non Comp Disbursements: | $12,877.66 |
| Total Internal/Transfer Disbursements: | $12,870.01 | Total Internal/Transfer Disbursements: | $12,870.01 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-18408 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SWIECH, Sr., ROBERT F AND SWIECH, JILL C | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1522 | Money Market Acct #: | ******8408 |
| Co-Debtor Taxpayer ID #: | ******1523 | Account Title: | |
| For Period Beginning: | 5/21/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 04/16/2010 | | Transfer From Acct#******8408 | proceeds from sale of Harley Davidson bike. | 9999-000 | $12,870.01 | | $12,870.01 |
| 04/20/2010 | (INT) | Sterling Bank | Back owed interest from 2-25-10 thru 4-16-10 | 1270-000 | $0.88 | | $12,870.89 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.26 | | $12,871.15 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.55 | | $12,871.70 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.53 | | $12,872.23 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.55 | | $12,872.78 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.55 | | $12,873.33 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.53 | | $12,873.86 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.55 | | $12,874.41 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.53 | | $12,874.94 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.55 | | $12,875.49 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.55 | | $12,876.04 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.49 | | $12,876.53 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.55 | | $12,877.08 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.53 | | $12,877.61 |
| 05/04/2011 | (INT) | STERLING BANK | Account Closing Interest As Of 5/4/2011 | 1270-000 | $0.05 | | $12,877.66 |
| 05/04/2011 | | Transfer To: # ******8408 | Transfer to Close Account | 9999-000 | | $12,877.66 | $0.00 |

| | | | | **SUBTOTALS** | $12,877.66 | $12,877.66 |
|---|---|---|---|---|---|---|

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-18408 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SWIECH, Sr., ROBERT F AND SWIECH, JILL C | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1522 | | Money Market Acct #: | ******8408 |
| Co-Debtor Taxpayer ID #: | ******1523 | | Account Title: | |
| For Period Beginning: | 5/21/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $12,877.66 | $12,877.66 | $0.00 |
| | | | Less: Bank transfers/CDs | | $12,870.01 | $12,877.66 | |
| | | | Subtotal | | $7.65 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7.65 | $0.00 | |

**For the period of 5/21/2009 to 9/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7.65 |
| Total Internal/Transfer Receipts: | $12,870.01 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $12,877.66 |

**For the entire history of the account between 04/16/2010 to 9/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7.65 |
| Total Internal/Transfer Receipts: | $12,870.01 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $12,877.66 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-18408 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SWIECH, Sr., ROBERT F AND SWIECH, JILL C | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1522 | Money Market Acct #: | ******8408 |
| Co-Debtor Taxpayer ID #: | ******1523 | Account Title: | |
| For Period Beginning: | 5/21/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $12,877.66 | $12,877.66 | $0.00 |

**For the period of 5/21/2009 to 9/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $12,877.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,877.66 |
| Total Internal/Transfer Receipts: | $25,747.67 |
| | |
| Total Compensable Disbursements: | $12,877.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,877.66 |
| Total Internal/Transfer Disbursements: | $25,747.67 |

**For the entire history of the case between 05/21/2009 to 9/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $12,877.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,877.66 |
| Total Internal/Transfer Receipts: | $25,747.67 |
| | |
| Total Compensable Disbursements: | $12,877.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,877.66 |
| Total Internal/Transfer Disbursements: | $25,747.67 |